### Gribble, Appellant, v. Hilovsky (et al., Appellant).

Argued November 10, 1969. *Donnell D. Reed,* for plaintiff; *Wallace E. Edgecombe,* with him *Royston, Robb, Leonard, Edgecombe, Miller and Shorall,* for defendant; *Thomas F. Weis,* with him *Weis & Weis,* for additional defendant.

Judgment affirmed.

### Huya, Appellant, v. Lang Electric Mfg. Co., Inc. et al., Appellants.

Argued November 10, 1969. *Frank D. Prather,* for claimant; *Howard N. Plate,* with him *Quinn, Plate, Gent, Buseck and Leemhuis,* for defendants; *John F. Potter,* with him *A. Grant Walker, T. Warren Jones,* and *MacDonald, Illig, Jones & Britton,* for defendants.

In Appeal No. 328, the judgment is affirmed; in Appeal No. 329, the judgment and order are affirmed.